UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

GARY COX, 11-R-0922,

                    Plaintiff,

                                                      **DECISION AND ORDER**
       v.                                                          13-CV-743-A

SHAWN CRONIN, C. MARRA,
B. BERTRAM, and R. BURNS,

                  Defendants.

---

This case was referred to Magistrate Judge Jeremiah J. McCarthy pursuant to 28 U.S.C. § 636(b) for the conduct of pretrial proceedings. On March 18, 2016, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 50) recommending that defendants' motion for summary judgment (Dkt. No. 41) be granted.

The Court has carefully reviewed the Report and Recommendation, the record in the case, and no objections having been timely filed, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants' motion for summary judgment is granted.

The Clerk of Court shall enter Judgment for defendants and close the case.

**SO ORDERED.**

                                                              *Richard J. Arcara*
                                                HONORABLE RICHARD J. ARCARA
                                                UNITED STATES DISTRICT COURT

Dated: April 29, 2016